In the Matter of JOSEPH C., a Child Alleged to be Abused and Neglected. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REBECCA C., Appellant. (Proceeding No. 1.) In the Matter of JOSEPH C., a Child Alleged to be Abused and Neglected. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Petitioner; MICHAEL C., Respondent. (Proceeding No. 2.) In the Matter of REBECCA C., on Behalf of JOSEPH C., Appellant. MICHAEL C., Respondent. (Proceeding No. 3.) [747 NYS2d 182]

Contrary to the mother's contention, the findings of neglect and abuse against her are supported by a fair preponderance of the evidence (*see* Family Ct Act § 1012; *Matter of Baby Boy P.,* 287 AD2d 458). The evidence, inter alia, demonstrated that the mother abused the child in violation of Family Court Act § 1012 (e) (iii), by taking numerous nude photographs of him, some of which depicted the lewd exhibition of the child's anus (*see* Penal Law § 263.05; *Matter of Glenn G.,* 154 Misc 2d 677, *affd sub nom. Matter of Josephine G.,* 218 AD2d 656). In addition, the Family Court providently exercised its discretion by drawing a negative inference against the mother upon her failure to testify at the hearing (*see Matter of Jenny N.,* 262 AD2d 951).

The mother's remaining contentions are without merit. Prudenti, P.J., Santucci, Altman and S. Miller, JJ., concur.